UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARTIN BRADLEY JR., )
)
    Petitioner, )
v. ) CV 414-198
) (CR 405-059)
UNITED STATES OF AMERICA, )
)
    Respondent. )

## ORDER

Now before the Court is the United States and Martin Bradley Jr.'s joint motion for bond pending 28 U.S.C. § 2255 relief and to schedule a combined hearing to resolve Bradley Jr.'s § 2255 and criminal cases. All premises considered, the Court has determined that Bradley Jr. should be released on bond as the parties request. Accordingly, it is therefore **ORDERED THAT** the Joint Motion is **GRANTED**, that Bradley Jr. be **IMMEDIATELY RELEASED ON BOND** from the custody of the Bureau of Prisons in Kentucky, and that Bradley Jr. shall remain free on bond until such time as a hearing in his cases is scheduled. The conditions of Bradley Jr.'s bond are as follows:

    1.    The defendant must not violate federal, state, or local law while on release.

    2.    The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

3. The defendant must advise the Court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

4. The defendant must appear in court as required and must surrender as directed to serve any sentence that the Court may impose.

5. The defendant must submit to supervision by and report for supervision to the United States Probation Office in Savannah, Georgia, no later than 3:00 pm on Tuesday, November 28, 2017.

6. The defendant may not obtain a passport or other international travel document, and must surrender any passport to the Probation Office.

7. The defendant must abide by the following restrictions on travel: travel is restricted to the Southern District of Georgia and the Southern District of Florida.

8. The defendant may not possess a firearm, destructive device, or other weapon.

9. The defendant may not use alcohol excessively.

10. The defendant may not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

11. The defendant must report, as soon as possible, to the supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

The defendant is advised that violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for his arrest, a revocation of release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

SO ORDERED, this the 21ST day of November, 2017.

_____
HON. J. RANDAL HALL
CHIEF JUDGE, U.S. DISTRICT COURT

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____

_____
*Judicial Officer's Signature*

_____
*Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL