UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARTIN BRADLEY JR., )<br>)<br>Petitioner, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | CV 414-198<br>(CR 405-059) |

### ORDER

Now before the Court is the 28 U.S.C. § 2255 motion filed by Martin Bradley, Jr. (CV Doc. 1.) Bradley Jr. and the government have agreed that the appropriate disposition of that motion is the vacatur of Bradley Jr.'s conviction of Count One of the Superseding Indictment in his criminal case. All premises considered, the Court accepts that agreement, **ORDERS** that Bradley Jr.'s § 2255 motion be **GRANTED** in part, and further **ORDERS** that Bradley Jr.'s Count One conviction be **VACATED**.

Done this 11th day of December, 2017.

_____
HON. J. RANDAL HALL
CHIEF JUDGE, U.S. DISTRICT COURT