IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
UNITED STATES OF AMERICA      *
                              *
    v.                        *    CR 405-059-2
                              *
MARTIN J. BRADLEY, JR.        *
```

## O R D E R

Presently before the Court is Defendant Martin J. Bradley, Jr.'s motion for early termination of supervised release. Bradley was sentenced to serve 180 months in prison followed by three years of supervised release upon his conviction for racketeering, money laundering, and failure to disclose foreign financial interest. Bradley was also ordered to pay a special assessment of $400, a fine of $1,500,000, and restitution of $25,461,314.89.

Bradley began his term of supervised release with the United States Probation Office in this district on December 17, 2017. He has had no issues of non-compliance, and he has paid his financial obligations in full. Neither the United States Attorney's Office nor Bradley's supervising probation officer have any objection to early termination.

Upon the foregoing, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that Bradley's motion (doc. 1630) is **GRANTED**. Martin J. Bradley, Jr. is hereby

discharged from his term of supervised release. The Clerk is directed to send a copy of this Order to Mr. Charles Pugh of the United States Probation Office in Savannah, Georgia.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of June, 2020.

/s/ J. Randal Hall
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA